B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>NNN 123 North Wacker, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-3274336 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1551 North Tustin Avenue<br>Suite 200<br>Santa Ana, California        ZIP CODE 92705 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>123 North Wacker Drive, Chicago, IL 60606        ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br><br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                                                                THIS SPACE IS FOR
                                                                                                                                                        COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13) — Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): NNN 123 North Wacker, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: NNN 123 North Wacker Member, LLC | Case Number: | Date Filed: 10/04/13 |
|---|---|---|
| District: Northern District of Illinois | Relationship: Affiliate | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
  Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)             Page 3

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **NNN 123 North Wacker, LLC** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> Telephone Number (if not represented by attorney) <br><br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ D. Tyler Nurnberg** <br> Signature of Attorney for Debtor(s) <br> **D. Tyler Nurnberg** <br> Printed Name of Attorney for Debtor(s) <br> **Kaye Scholer LLP** <br> Firm Name <br> **70 West Madison Street, Suite 4200** <br> **Chicago, Illinois 60602** <br> Address <br> **Tel: (312) 583-2300   Fax: (312) 583-2360** <br> Telephone Number <br> **10/04/13** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **/s/ Todd Mikles** <br> Signature of Authorized Individual <br> **Todd Mikles** <br> Printed Name of Authorized Individual <br> **Authorized Agent** <br> Title of Authorized Individual <br> **10/04/13** <br> Date | _____ <br> Address <br><br> X _____ <br> Signature <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## JOINT WRITTEN CONSENT OF THE SOLE MEMBER
## AND THE INDEPENDENT MANAGER OF
## NNN 123 NORTH WACKER, LLC

The undersigned, being the sole member (the "<u>Member</u>") and the Independent Manager of NNN 123 North Wacker, LLC, a Delaware limited liability company (the "<u>Company</u>"), hereby consent to the taking of the following actions and hereby adopt the resolutions set forth below pursuant to the Limited Liability Company Agreement of the Company, as amended (the "<u>LLC Agreement</u>") and the Delaware Limited Liability Company Act (the "<u>Act</u>").  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the LLC Agreement.

**<u>Chapter 11 Filing</u>**

WHEREAS, the Member has been advised by the Company's representatives and legal advisor regarding the liabilities of the Company and the impact of such liabilities on the business of the Company;

WHEREAS, the Member has been presented with the strategic alternatives available to the Company and has fully considered such other opportunities in consultation with the Company's representatives and legal advisor;

WHEREAS, the Member has been presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the Northern District of Illinois seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in which the authority to operate as a debtor-in-possession will be sought (such a petition, the "<u>Chapter 11 Case</u>");

WHEREAS, the Member has determined that it is in the best interests of the Company that the Company file such a petition in order to preserve the business and assets of the Company;

WHEREAS, pursuant to Section 2.01(b) of the LLC Agreement, the approval of the Independent Manager is required for the Company to file such a petition;

WHEREAS, in accordance with Section 5.05 of the LLC Agreement, the Independent Manager has, to the fullest extent permitted by law (including Section 18-1101(c) of the Act), taken into account the interest of the Company's creditors, as well as those of the Member; and

WHEREAS, each of the Member and the Independent Manager desires to approve of the Company's filing of such a petition in accordance with the LLC Agreement.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of both the Member and the Independent Manger, it is advisable, necessary and in the best interests of the

Company that the Company file the Chapter 11 Case, and the filing of such Chapter 11 Case be, and hereby is, authorized and approved in all respects;

FURTHER RESOLVED, that any of the officers of NNN Realty Investors, LLC (the "Member Manager"), be, and hereby are, authorized and directed on behalf of the Company to execute and verify the Chapter 11 Case in the name of the Company and to cause the same to be filed in such form and at such time as any of the officers of the Member Manager shall approve;

FURTHER RESOLVED, that any of the officers of the Member Manager be, and hereby are, authorized and directed to execute and file (or cause to be executed and filed by others designated by it to do so on behalf of the Member Manager) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers or documents, and in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors or other professionals;

FURTHER RESOLVED, that any of the officers of the Member Manager be, and hereby are, authorized and directed to take any and all actions which any of them deems advisable, necessary or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case, including, without limitation, obtaining relief for the Company and maintaining the ordinary course operation of the Company's business; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any of the officers of the Member Manager to seek relief under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter related thereto, through the date hereof be, and hereby are, adopted, approved and ratified in all respects as the acts and deeds of the Company.

**Appointment of Kaye Scholer**

FURTHER RESOLVED, that the law firm of Kaye Scholer LLP be, and hereby is, employed as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including, without limitation, filing any pleadings related to the Chapter 11 Case on such terms as any of the officers of the Member Manager shall approve; and

FURTHER RESOLVED, that any of the officers of the Member Manager be, and hereby are, authorized and directed to execute and deliver any documents, pay and deliver any retainers and cause to be filed any applications for authority to employ and retain Kaye Scholer LLP as attorneys for the Company.

**General**

FURTHER RESOLVED, that any of the officers of the Member Manager be, and hereby are, with full authority to act in the name and on behalf of the Company, authorized and directed to take or cause to be taken any and all such further actions and to execute and deliver all such further agreements, documents, certificates and undertakings, and to incur and pay all

such fees and expenses as in the executing officer's judgment shall be advisable, necessary or desirable to effectuate the purposes and the intent of the foregoing resolutions; and

FURTHER RESOLVED, that this Joint Written Consent be filed in the Minute Book of this Company and become a part of the records of this Company.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned have executed this Joint Written Consent of the Sole Member and the Independent Manager of NNN 123 North Wacker, LLC on this 3rd day of October, 2013.

**MEMBER:**

NNN 123 NORTH WACKER MEMBER, LLC

By: NNN REALTY INVESTORS, LLC f/k/a GRUBB & ELLIS REALTY INVESTORS, LLC f/k/a TRIPLE NET PROPERTIES, LLC, its Manager

By: _____
Name: Todd Mikles
Title: Authorized Agent

**INDEPENDENT MANAGER:**

_____
Neal S. Gibbons

60980116.DOCX

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 123 NORTH WACKER, LLC, | Case No. 13-_____ |
| Debtor. | |

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor (the "Debtor") filed a voluntary petition for relief chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. The following is the list of the Debtor's creditors holding the 20 largest unsecured claims (the "List") based on the Debtor's books and records as of approximately October 4, 2013. The List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. The information contained herein shall neither constitute an admission of liability by, nor bind, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority, or amount of any claim.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wells Fargo Bank, NA as Trustee for the Registered Holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2005-C4 and Wells Fargo Bank, National Association as Trustee for the beneficial owners of N-STAR REL CDO VI Grantor Trust, Series H<br><br>Acting by and through C-III Asset Management, LLC in its capacity as Special Servicer<br>c/o Jenna Unell<br>5221 North O'Connor Blvd.<br>Suite 600<br>Irving, Texas 75039 | C-III Asset Management, LLC as Special Servicer<br>c/o Jenna Unell<br>5221 North O'Connor Blvd.<br>Suite 600<br>Irving, Texas 75039 | Unsecured deficiency claim | Contingent and Unliquidated | Unknown |

1

61604192.docx

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TNP Property Manager, LLC c/o Thompson National Properties, LLC 1900 Main Street Suite 700 Irvine, CA 92614 | TNP Property Manager, LLC c/o Thompson National Properties, LLC 1900 Main Street Suite 700 Irvine, CA 92614<br><br>Hirschler Fleischer 2100 East Cary Street Richmond, VA 23223 Attn: Thomas G. Voekler, Esq. | Property Management | Contingent and Unliquidated | Unknown |
| 123 Wacker Contribution, LLC c/o Thompson National Properties, LLC 1900 Main Street Suite 700 Irvine, CA 92614 | 123 Wacker Contribution, LLC c/o Thompson National Properties, LLC 1900 Main Street Suite 700 Irvine, CA 92614 | Promissory Note | Contingent and Unliquidated | Unknown |
| Thompson National Properties, LLC 1900 Main Street Suite 700 Irvine, CA 92614 | Thompson National Properties, LLC 1900 Main Street Suite 700 Irvine, CA 92614 | Promissory Note | Contingent and Unliquidated | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A LIMITED LIABILITY
## COMPANY REGARDING LIST OF CREDITORS

      I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   October 4, 2013                    Signature  /s/ Todd Mikles
                                                                                   Todd Mikles
                                                                                   Authorized Agent

61604192.docx

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 123 NORTH WACKER, LLC, | Case No. 13-_____ |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NNN 123 North Wacker Member, LLC<br>1551 North Tustin Avenue<br>Suite 200<br>Santa Ana, California 92705 | | 100.000% | Membership |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A LIMITED LIABILITY COMPANY**
**REGARDING LIST OF EQUITY SECURITY HOLDERS**

I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: October 4, 2013

/s/ Todd Mikles
Todd Mikles
Authorized Agent

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions are as of the date of commencement of the chapter 11 case.

61605161.docx

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 123 NORTH WACKER, LLC, | Case No. 13-_____ |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Authorized Agent for NNN 123 North Wacker, LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| *Shareholder* | *Approximate Percentage of Shares Held* |
|---|---|
| NNN 123 North Wacker Member, LLC<br>1551 North Tustin Avenue<br>Suite 200<br>Santa Ana, California 92705 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY REGARDING CORPORATE OWNERSHIP STATEMENT

I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Date: October 4, 2013         /s/ Todd Mikles
                              Todd Mikles
                              Authorized Agent

61605164.docx

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                    )    Chapter 11
                                                          )
NNN 123 NORTH WACKER, LLC,                                )    Case No. 13-_____
                                                          )
                        Debtor.                           )
                                                          )

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY REGARDING CREDITOR MATRIX

I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the Creditor Matrix and that it is true and correct to the best of my information and belief.

Date: October 4, 2013                    /s/ Todd Mikles
                                          Todd Mikles
                                          Authorized Agent

61605245.docx