# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NNN 123 NORTH WACKER, LLC, et al.,[1] | ) | Case No. 13-39210 (JBS) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## GLOBAL NOTES PERTAINING TO DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

NNN 123 North Wacker, LLC and NNN 123 North Wacker Member, LLC, debtors and debtors-in-possession herein (each a "Debtor" and collectively, the "Debtors"), respectfully represent as follows.

With the assistance of their proposed counsel, the Debtors' management prepared the Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "SOFAs") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the financial statements.

Although the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs and inadvertent errors or omissions may exist. The information provided herein, except as otherwise noted, is as of October 4, 2013, the date of commencement of the Debtors' chapter 11 cases (the "Petition Date"). Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. Accordingly, the Schedules and SOFAs remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend the Schedules and SOFAs from time-to-time as may be necessary or appropriate. These global notes regarding the Debtors' Schedules and SOFAs (the "Global Notes") comprise an integral part of the Schedules and SOFAs filed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: NNN 123 North Wacker, LLC (4336) and NNN 123 North Wacker Member, LLC (7290).

by the Debtors and should be referenced in connection with any review of the Schedules and SOFAs.  Nothing contained in the Schedules and SOFAs shall constitute, or be deemed, a waiver of any rights, claims or defenses of the Debtors against any third party or with respect to any aspect of these chapter 11 cases or any related litigation or arbitration.  Nothing contained in the Schedules and SOFAs is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, assertion made therein or herein or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.  The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

1.    <u>Joint Administration</u>.  On October 18, 2013, the Debtors filed a motion seeking joint administration of their cases under the case name and caption set forth above.  Notwithstanding the requested joint administration of the Debtors' cases, each Debtor has filed its own Schedules and SOFAs.

2.    <u>Tenancy-in-Common</u>.  Debtor NNN 123 North Wacker, LLC ("<u>TIC 0</u>") owns an undivided 13.917% interest in certain improved real property located at 123 North Wacker Drive in Chicago, Illinois (the "<u>Property</u>").  The Property includes a 30-story Class A office building first occupied in 1986 with approximately 541,000 rentable square feet.  TIC 0 is one of 33 single purpose limited liability companies (each a "<u>TIC</u>" and, with TIC 0, the "<u>TICs</u>")[2] that hold fee interest to the Property under the common law form of ownership known as a "tenancy-in-common." The Property is currently managed by Thompson National Properties, LLC.

3.    <u>Amendments</u>.  The Debtors reserve the right to amend and/or supplement the Schedules and SOFAs as necessary and/or appropriate.

4.    <u>Estimates and Assumptions</u>.  The preparation of the Schedules and SOFAs required the Debtors to make estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and SOFAs and the reported

---

[2]    TIC 0 is a debtor herein.  The other 32 TICs, none of which are debtors herein, include:  NNN 123 North Wacker 1, LLC, NNN 123 North Wacker 3, LLC, NNN 123 North Wacker 4, LLC, NNN 123 North Wacker 5, LLC, NNN 123 North Wacker 6, LLC, NNN 123 North Wacker 7, LLC, NNN 123 North Wacker 8, LLC, NNN 123 North Wacker 9, LLC, NNN 123 North Wacker 10, LLC, NNN 123 North Wacker 13, LLC, NNN 123 North Wacker 14, LLC, NNN 123 North Wacker 15, LLC, NNN 123 North Wacker 16, LLC, NNN 123 North Wacker 18, LLC, NNN 123 North Wacker 19, LLC, NNN 123 North Wacker 20, LLC, NNN 123 North Wacker 22, LLC, NNN 123 North Wacker 23, LLC, NNN 123 North Wacker 25, LLC, NNN 123 North Wacker 26, LLC, NNN 123 North Wacker 27, LLC, NNN 123 North Wacker 28, LLC, NNN 123 North Wacker 29, LLC, NNN 123 North Wacker 30, LLC, NNN 123 North Wacker 31, LLC, NNN 123 North Wacker 33, LLC, NNN 123 North Wacker 37, LLC, NNN 123 North Wacker 38, LLC, NNN 123 North Wacker 39, LLC, NNN 123 North Wacker 40, LLC, NNN 123 North Wacker 41, LLC and NNN 123 North Wacker 42, LLC.

amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from those estimates.

5.    Asset and Liability Presentation.  Unless otherwise noted, each asset and liability of the Debtors is shown on the basis of the net book value of the asset or liability in the Debtors' accounting books and records as of the Petition Date, and not on the basis of current market values of such interest in property and/or liabilities. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  The Debtors reserve the right to amend or adjust the value of any asset or liability set forth herein.

6.    Prepetition v. Postpetition.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  Further, the Debtors reserve the right to change the allocation of liability to the extent additional information becomes available.

7.    Causes of Action.  Despite reasonable efforts, the Debtors might not have identified and/or set forth all causes of action against third parties in their Schedules and SOFAs.  The Debtors reserve any and all rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action nor may they be used in any litigation in these or related to these chapter 11 cases.

8.    Claims Description.  Any failure to designate a claim on the Debtors' Schedules and/or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent" or "unliquidated."  The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment.  The Debtors reserve the right to amend their Schedules and/or SOFAs as necessary and/or appropriate.

9.    Property and Equipment.  Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all rights with respect to such issues.

10.   Categories or Labels Used in Schedules and SOFAs.  Information requested by the Schedules and SOFAs requires the Debtors to make judgments regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled.  The Debtors' decisions regarding

the category or label to use is based on the best information available as of the filing of these Schedules and SOFAs and within the time constraints imposed by the Bankruptcy Code and Bankruptcy Rules. The Debtors reserve the right to modify, change or delete any information in the Schedules and SOFAs by amendment, including to the extent some information currently presented should be moved to a different category or labeled in a different way.

11.   <u>Schedule D- Creditors Holding Secured Claims</u>. Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature or the validity of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim (including, but not limited to, whether any document is a true lease or financing arrangement). Without limiting the foregoing, the inclusion on Schedule D of creditors that have asserted liens of any nature is not intended to be an acknowledgement of the validity, extent, or priority of any such liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Nothing in the Global Notes or the Schedules and SOFAs shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights. Any such creditors may, however, be listed on Schedule F. Reasonable efforts have been made to determine the date upon which claims listed in Schedule D were incurred or arose. The Debtors do not list a date for each claim listed on Schedule D where such efforts would be unduly burdensome or cost prohibitive.

12.   <u>Schedule F- Creditors Holding Unsecured Nonpriority Claims</u>. The liabilities identified in Schedule F are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule F. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult

their own professionals and/or advisors with respect to pursuing a claim. Although the Debtors have generated financials that the Debtors believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that occur throughout the duration of these chapter 11 cases.

The claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose may be unknown or subject to dispute.  Reasonable efforts have been made to determine the date upon which claims listed in Schedule F were incurred or arose.  The Debtors do not list a date for each claim listed on Schedule F where such efforts would be unduly burdensome or cost prohibitive.

13.  <u>Schedule G- Executory Contracts</u>.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract, lease or agreement on Schedule G does not constitute an admission that such contract, lease or agreement is an executory contract or unexpired lease or that such contract, lease or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, effectiveness, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G; however, nothing in Schedule G shall operate as a bar to the Debtors' right to treat such agreements as severable.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as easements, right of way, subordination, nondisturbance agreements, supplemental agreements, amendments, letter agreements, title agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim, including, but not limited to, whether any lease is a true lease or financing arrangement.

Omission of a contract, lease or agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is <u>not</u> an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

14.  <u>Schedule H- Co-Debtors</u>.  The Debtors may have co-debtors or co-obligors under their various leases, contracts and/or other agreements.  They have made an attempt to list all such material co-obligations on Schedule H.  Any omission of a

co-debtor or co-obligor on Schedule H or elsewhere in the Debtors' Schedules does not constitute an admission that such omitted co-debtor or co-obligor is <u>not</u> obligated or liable under the relevant debt.  The Debtors' rights under the Bankruptcy Code and non-bankruptcy law with respect to any such omitted co-debtor or co-obligor are not impaired by the omission.

15.    <u>Specific Notes</u>.  These Global Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs.  The fact that the Debtors have prepared a "specific note" with respect to any of the Schedules and SOFAs and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of any Global Note to any of the Debtors' remaining Schedules and SOFAs, as appropriate.  Moreover, disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, or continuation sheet.

16.    <u>Totals</u>.  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

17.    <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

18.    <u>Unliquidated Claim Amounts</u>.  Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

19.    <u>General Reservation of Rights</u>.  The Debtors specifically reserve the right to amend, modify, supplement, correct, change, or alter any part of their Schedules and SOFAs as and to the extent necessary and as they deem appropriate.

B6 Summary (Form 6 - Summary)  (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **NNN 123 North Wacker, LLC**
                                    Debtor(s)

Case No.   **13-39210**
Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | Unknown | | |
| B - Personal Property | Yes | 4 | Unknown | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | Unknown | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | Unknown | |
| G - Executory Contracts and Unexpired Leases | Yes | 12 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 31 | Unknown | Unknown | |

B6A (Official Form 6A) (12/07)

In re   __NNN 123 North Wacker, LLC__                                  Case No.   __13-39210__
                              Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property  Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm- unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **123 N. Wacker Drive Chicago, Illinois 60606** | **13.917% undivided interest as Tenant-in-Common.** | | **Unknown** | **Unknown** |
| | | Total: | **Unknown** | |

(Report also on Summary of Schedules)

Sheet 1 of 1 total sheets in Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **NNN 123 North Wacker, LLC**                                          Case No.  **13-39210**
_____
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Undivided 13.917% interest as Tenant-in-Common in Wells Fargo Bank, N.A., as the trustee for the registered holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificate, Series 2005-C4, Wells Fargo Bank, N.A., as the trustee for the beneficial owners of the N-Star Rel CDO VI Grantor Trust, Series H, and C-III Asset Management LLC as the Special Servicer for Wells Fargo Bank, N.A.** | | **Unknown** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Undivided 13.917% interest as Tenant-in-Common in bank accounts for 123 N. Wacker Drive held by TNP Property Management, LLC, including but not limited to Key Bank (operating account), Bank of America (hard lock box), and PNC Bank (collateral).** | | **Unknown** |
| | | **Checking Account at Torrey Pines Bank** | | **$0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Undivided 13.917% interest as Tenant-in-Common in any security deposits held by any power, public utility, or telephone company, presently unknown, for the use or benefit of 123 N. Wacker Drive, Chicago, IL 60606.** | | **Unknown** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re   __NNN 123 North Wacker, LLC__                                      Case No.   __13-39210__
                              Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Undivided 13.917% interest as Tenant-in-Common in accounts receivable of 123 N. Wacker Drive, Chicago, IL 60606.** | | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re __NNN 123 North Wacker, LLC__                      Case No. __13-39210__
                Debtor                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Undivided 13.917% interest as Tenant-in-Common in office equipment, furnishings, and supplies at 123 N. Wacker Drive, Chicago, IL 60606. | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Undivided 13.917% interest as Tenant-in-Common in machinery, fixtures, equipment, and supplies at 123 North Wacker Drive, Chicago, IL 60606. | | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re **NNN 123 North Wacker, LLC**                                   Case No. **13-39210**
          **Debtor**                                                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Undivided 13.917% interest as Tenant-in-Common in leases for commercial purposes at 123 N. Wacker Drive, Chicago, IL 60606.** | | **Unknown** |
| | | | **Total >** | **Unknown** |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **NNN 123 North Wacker, LLC**                                      Case No.    **13-39210**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

     ☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **NNN 123 North Wacker, LLC**                                     Case No. __**13-39210**__
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint or Community | | | | | | |
| ACCOUNT NO. | X | N A | | X | X | | | |
| **Wells Fargo Bank, NA as Trustee for the Registered Holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2005-C4 and Wells Fargo Bank, National Association as Trustee for the beneficial owners of N-STAR REL CDO VI Grantor Trust, Series H** **Acting by and through C-III Asset Management, LLC in its capacity as Special Servicer c/o Jenna Unell 5221 North O'Connor Blvd. Suite 600 Irving, Texas 75039** | | | **Mortgage dated September 28, 2005.** | | | | | |
| | | | VALUE        **Unknown** | | | | **Unknown** | **Unknown** |
| ` | | | Total(s) (Use only on last page) | | | | **Unknown** | **Unknown** |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **NNN 123 North Wacker, LLC**                                    Case No.   **13-39210**
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**   continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **NNN 123 North Wacker, LLC**                                              Case No.    **13-39210**
_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

Sheet 1 of 2 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **NNN 123 North Wacker, LLC**                                    Case No **13-39210**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Wells Fargo Bank, NA as Trustee for the Registered Holders of GE Commercial Mortgage Corporation, Commercial Mortgage Pass-Through Certificates, Series 2005-C4 and Wells Fargo Bank, National Association as Trustee for the beneficial owners of N-STAR REL CDO VI Grantor Trust, Series H** <br><br> **Acting by and through C-III Asset Management, LLC in its capacity as Special Servicer** <br> **c/o Jenna Unell** <br> **5221 North O'Connor Blvd.** <br> **Suite 600** <br> **Irving, Texas 75039** | X | | **Mortgage dated September 28, 2005.** | X | X | | **Unknown** |
| **TNP Property Manager, LLC** <br> **c/o Thompson National Properties, LLC** <br> **1900 Main Street** <br> **Suite 700** <br> **Irvine, CA 92614** | X | | **Property and Asset Management Agreement dated June 18, 2009.** | X | X | | **Unknown** |
| **123 Wacker Contribution, LLC** <br> **c/o Thompson National Properties, LLC** <br> **1900 Main Street** <br> **Suite 700** <br> **Irvine, CA 92614** | X | | **Promissory Note dated September 2011.** | X | X | | **Unknown** |
| **Thompson National Properties, LLC** <br> **1900 Main Street** <br> **Suite 700** <br> **Irvine, CA 92614** | X | | **Promissory Note dated September 2011.** | X | X | | **Unknown** |
| **NNN Realty Investors, LLC** <br> **1551 North Tustin Avenue** <br> **Suite 200** <br> **Santa Ana, CA 92705** | | | **Various.** | | | | **Unknown** |
| | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | **Unknown** |

Sheet 2 of 2 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **NNN 123 North Wacker, LLC**                                      Case No.   **13-39210**
                                        Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Thompson National Properties, LLC**<br>**1900 Main Street**<br>**7th Floor**<br>**Irvine, CA 92614**<br><br>**with a copy to:**<br><br>**Hirschler Fleischer**<br>**2100 East Cary Street**<br>**Richmond, VA 23223**<br>**Attn:  Thomas G. Voekler, Esq.** | **Property and Asset Management Agreement dated June 18, 2009.** |
| **Each of the Tenants-in-Common hereafter listed are parties to the following executory contracts:**<br><br>**NNN 123 North Wacker 1, LLC**<br>**c/o Glenda S. Macon**<br>**B and N Real Estate LLC**<br>**9820 Orange Ave.**<br>**Fort Pierce, FL 34945-3435**<br><br>**-and-**<br><br>**NNN 123 North Wacker 1, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |

Sheet  1 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**
_____
Debtor(s)

Case No.   **13-39210**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **NNN 123 North Wacker 3, LLC**<br>**c/o John Heric**<br>**Member**<br>**PO BOX 5055**<br>**Carmel, CA 93921**<br><br>**-and-**<br><br>**NNN 123 North Wacker 3, LLC**<br>**c/o Vintage Ventana LLC**<br>**2921 E FT Lowell #205**<br>**Tucson, AZ 85716**<br><br>**-and-**<br><br>**NNN 123 North Wacker 3, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 4, LLC**<br>**c/o Mellanie Isner**<br>**P.O. Box 23363**<br>**Ketchikan, AK 99901-8363**<br><br>**-and-**<br><br>**NNN 123 North Wacker 4, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 5, LLC**<br>**c/o S. Sidney Mandel**<br>**350 Seventh Ave. Assoc., LP**<br>**205 W. End Ave. Apt 25U**<br>**New York, NY 10023-4826**<br><br>**-and-**<br><br>**NNN 123 North Wacker 5, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |

Sheet  2 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re    **NNN 123 North Wacker, LLC**                                          Case No.    **13-39210**
                                        Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **NNN 123 North Wacker 6, LLC**<br>**c/o Bill Anderson**<br>**Anderson Properties Inc.**<br>**3011 Justin Dr.**<br>**Urbandale, IA 50322-3802**<br><br>**-and-**<br><br>**NNN 123 North Wacker 6, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 7, LLC**<br>**c/o Grace M. Marx TTEE**<br>**Grace M. Marx Trust**<br>**737 Blackburn Blvd.**<br>**North Point, FL 34287-1552**<br><br>**-and-**<br><br>**NNN 123 North Wacker 7, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 8, LLC**<br>**c/o Ralph Alperin**<br>**The Chesapeake Real Estate Company**<br>**195 Mountain Home Rd.**<br>**Woodside, CA 94062-2509**<br><br>**-and-**<br><br>**NNN 123 North Wacker 8, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |

Sheet  3 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**                                    Case No.   **13-39210**
_____
                        Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **NNN 123 North Wacker 9, LLC**<br>**c/o Carlos Williams**<br>**1075 Greene Avenue Corp.**<br>**PO Box 70773**<br>**Brooklyn, NY 11207-0773**<br><br>**-and-**<br><br>**NNN 123 North Wacker 9, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 10, LLC**<br>**c/o Margo Pisacano**<br>**Margo & Charles PIsacano as JTWROS**<br>**PO Box 305**<br>**Hyannis Port, MA 02647-0305**<br><br>**-and-**<br><br>**NNN 123 North Wacker 10, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 11, LLC**<br>**c/o Margo Pisacano**<br>**Margo & Charles PIsacano as JTWROS**<br>**PO Box 305**<br>**Hyannis Port, MA 02647-0305**<br><br>**-and-**<br><br>**NNN 123 North Wacker 11, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |

Sheet  4 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re    **NNN 123 North Wacker, LLC**                                                    Case No.    **13-39210**
                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NNN 123 North Wacker 13, LLC<br>c/o Patricia K. Pierce TTEE<br>Pierce Family 1031 Trust<br>4450 E. Camelback Rd. Unit 6<br>Phoenix, AZ 85018-2829<br><br>-and-<br><br>NNN 123 North Wacker 13, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13,<br>2005. |
| NNN 123 North Wacker 14, LLC<br>c/o Michael Kelly<br>Michael & Brigid Kelly Living Trust<br>2472 14th Ave.<br>San Francisco, CA 94116-2521<br><br>-and-<br><br>NNN 123 North Wacker 14, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13,<br>2005. |
| NNN 123 North Wacker 15, LLC<br>c/o Curt Webber<br>Emerald Canyon Investments, LLC<br>PO Box 65378<br>University Place, WA 98464-1378<br><br>-and-<br><br>NNN 123 North Wacker 15, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13,<br>2005. |

Sheet  5 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re    **NNN 123 North Wacker, LLC**                                                     Case No.   **13-39210**
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NNN 123 North Wacker 16, LLC<br>c/o Hyun Choung Lee<br>Hyun Choung Lee Trust<br>1933 Colleen Dr.<br>Los Altos, CA 94024-6910<br><br>-and-<br><br>NNN 123 North Wacker 16, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| NNN 123 North Wacker 18, LLC<br>c/o Donald H. Gunn<br>Lumsden Groves, Inc.<br>1002 S. Mt. Carmel Rd.<br>Brandon, FL 33511-6735<br><br>-and-<br><br>NNN 123 North Wacker 18, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| NNN 123 North Wacker 19, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>-and-<br><br>NNN 123 North Wacker 19, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |

Sheet  6 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re **NNN 123 North Wacker, LLC**                                Case No.   **13-39210**
_____
Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NNN 123 North Wacker 20, LLC<br>c/o Attila M. Delatore<br>John & Attila Delatore Liv Trust<br>412 Piazza Lido<br>Newport Beach, CA 92663-4903<br><br>-and-<br><br>NNN 123 North Wacker 20, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| NNN 123 North Wacker 22, LLC<br>c/o Siv J. Gillmor<br>3819 S. 2000 E.<br>Salt Lake City, UT 84109-3319<br><br>-and-<br><br>NNN 123 North Wacker 22, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| NNN 123 North Wacker 23, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>-and-<br><br>NNN 123 North Wacker 23, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |

Sheet  7 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6G (Official Form 6G) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**
_____
Debtor(s)

Case No.   **13-39210**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **NNN 123 North Wacker 25, LLC**<br>**c/o Bertha T. (Brad) Marble**<br>**Marble Family Partners LP**<br>**19785 Bridger Trl**<br>**Colfax, CA 95713-9691**<br><br>**-and-**<br><br>**NNN 123 North Wacker 25, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13,**<br>**2005.** |
| **NNN 123 North Wacker 26, LLC**<br>**c/o Paul Aburrow**<br>**Aburrow Properties, LLC**<br>**7806 Cadbury Ave**<br>**Potomac, MD 20854-2995**<br><br>**-and-**<br><br>**NNN 123 North Wacker 26, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13,**<br>**2005.** |
| **NNN 123 North Wacker 27, LLC**<br>**c/o Nicholas Ambrosi**<br>**Ambrosi Enterprise, LLC**<br>**28364 N. Oak Lane**<br>**Libertyville, IL 60048-9762**<br><br>**-and-**<br><br>**NNN 123 North Wacker 27, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13,**<br>**2005.** |

Sheet  8 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07) - cont.

In re    **NNN 123 North Wacker, LLC**                                    Case No.    **13-39210**
_____
Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **NNN 123 North Wacker 28, LLC**<br>**c/o Don Lieberman**<br>**2151 44th Dr.**<br>**Long Island City, NY 11101-4709**<br><br>**-and-**<br><br>**NNN 123 North Wacker 28, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13,**<br>**2005.** |
| **NNN 123 North Wacker 29, LLC**<br>**c/o Ronnie Shrinsky**<br>**Ronnie Realty Trust**<br>**7792 Trieste PI**<br>**Delray Beach, FL 33446-4400**<br><br>**-and-**<br><br>**NNN 123 North Wacker 29, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13,**<br>**2005.** |
| **NNN 123 North Wacker 30, LLC**<br>**c/o R.V. Bayer**<br>**IVY Properties-IV**<br>**8378 Washington St.**<br>**San Francisco, CA 94118-2034**<br><br>**-and-**<br><br>**NNN 123 North Wacker 30, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13,**<br>**2005.** |

Sheet  9 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07) - cont.

In re   __NNN 123 North Wacker, LLC_____      Case No.   __13-39210_____
                                    Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NNN 123 North Wacker 31, LLC<br>c/o Jerry Jordan<br>J. J. Jordan Family Partnership, LP<br>21463 Saratoga Hills Rd.<br>Saratoga, CA 95070-5377<br><br>-and-<br><br>NNN 123 North Wacker 31, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| NNN 123 North Wacker 33, LLC<br>c/o John D. Simoni<br>10556 Comble Rd. PMB 6488<br>Auburn, CA 95602-8908<br><br>-and-<br><br>NNN 123 North Wacker 33, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| NNN 123 North Wacker 34, LLC<br>c/o Barbara J. Simoni<br>10556 Comble Rd. PMB 6488<br>Auburn, CA 95602-8908<br><br>-and-<br><br>NNN 123 North Wacker 34, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |

Sheet 10 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**

Debtor(s)

Case No.   **13-39210**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **NNN 123 North Wacker 37, LLC**<br>c/o R. Dirk Ewing<br>R. Dirk & Rebecca Ewing Husb & Wife CP<br>P.O. Box 85<br>Ferdinand, ID 83526-0085<br><br>**-and-**<br><br>**NNN 123 North Wacker 37, LLC**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| **NNN 123 North Wacker 38, LLC**<br>c/o Allan L Levey<br>L & W Realty Company<br>390 W End Ave.<br>New York NY 10024-6107<br><br>**-and-**<br><br>**NNN 123 North Wacker 38, LLC**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |
| **NNN 123 North Wacker 39, LLC**<br>c/o Ralph Moffat<br>RRM Enterprises, LLC<br>4544 Holladay Blvd<br>Holladay, UT 84117-4404<br><br>**-and-**<br><br>**NNN 123 North Wacker 39, LLC**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Tenant-in-Common Agreement recorded on December 13, 2005. |

Sheet 11 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re    **NNN 123 North Wacker, LLC**                                    Case No.    **13-39210**
_____
Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **NNN 123 North Wacker 40, LLC**<br>**c/o Neil Rosenthal**<br>**Rosenthal-Hirsch, LLC**<br>**1421 Fallswood Dr.**<br>**Rockville, MD 20854-5504**<br><br>**-and-**<br><br>**NNN 123 North Wacker 40, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 41, LLC**<br>**c/o Michael Deland**<br>**Edgebrook LTD Partnership**<br>**1444/4 Phetkasem Rd.**<br>**CHA-AM, PHETBURI, 76120**<br><br>**-and-**<br><br>**NNN 123 North Wacker 41, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |
| **NNN 123 North Wacker 42, LLC**<br>**c/o Michael Deland**<br>**Edgebrook LTD Partnership**<br>**1444/4 Phetkasem Rd.**<br>**CHA-AM, PHETBURI, 76120**<br><br>**-and-**<br><br>**NNN 123 North Wacker 42, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **Tenant-in-Common Agreement recorded on December 13, 2005.** |

Sheet 12 of 12 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6H (Official Form 6H)  (12/07)

In re   **NNN 123 North Wacker, LLC**                                    Case No.   **13-39210**
                                              Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 1, LLC**<br>**c/o Glenda S. Macon**<br>**B and N Real Estate LLC**<br>**9820 Orange Ave.**<br>**Fort Pierce, FL 34945-3435**<br><br>**-and-**<br><br>**NNN 123 North Wacker 1, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 3, LLC**<br>**c/o John Heric**<br>**Member**<br>**PO BOX 5055**<br>**Carmel, CA 93921**<br><br>**-and-**<br><br>**NNN 123 North Wacker 3, LLC**<br>**c/o Vintage Ventana LLC**<br>**2921 E FT Lowell #205**<br>**Tucson, AZ 85716**<br><br>**-and-**<br><br>**NNN 123 North Wacker 3, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 1 of 9 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **NNN 123 North Wacker, LLC**                                    Case No.   **13-39210**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 4, LLC**<br>**c/o Mellanie Isner**<br>**P.O. Box 23363**<br>**Ketchikan, AK 99901-8363**<br><br>**-and-**<br><br>**NNN 123 North Wacker 4, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 5, LLC**<br>**c/o S. Sidney Mandel**<br>**350 Seventh Ave. Assoc., LP**<br>**205 W. End Ave. Apt 25U**<br>**New York, NY 10023-4826**<br><br>**-and-**<br><br>**NNN 123 North Wacker 5, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 6, LLC**<br>**c/o Bill Anderson**<br>**Anderson Properties Inc.**<br>**3011 Justin Dr.**<br>**Urbandale, IA 50322-3802**<br><br>**-and-**<br><br>**NNN 123 North Wacker 6, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 7, LLC**<br>**c/o Grace M. Marx TTEE**<br>**Grace M. Marx Trust**<br>**737 Blackburn Blvd.**<br>**North Point, FL 34287-1552**<br><br>**-and-**<br><br>**NNN 123 North Wacker 7, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 2 of 9 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re  **NNN 123 North Wacker, LLC**            Case No.  **13-39210**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 8, LLC**<br>**c/o Ralph Alperin**<br>**The Chesapeake Real Estate Company**<br>**195 Mountain Home Rd.**<br>**Woodside, CA 94062-2509**<br><br>**-and-**<br><br>**NNN 123 North Wacker 8, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 9, LLC**<br>**c/o Carlos Williams**<br>**1075 Greene Avenue Corp.**<br>**PO Box 70773**<br>**Brooklyn, NY 11207-0773**<br><br>**-and-**<br><br>**NNN 123 North Wacker 9, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 10, LLC**<br>**c/o Margo Pisacano**<br>**Margo & Charles PIsacano as JTWROS**<br>**PO Box 305**<br>**Hyannis Port, MA 02647-0305**<br><br>**-and-**<br><br>**NNN 123 North Wacker 10, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 11, LLC**<br>**c/o Margo Pisacano**<br>**Margo & Charles PIsacano as JTWROS**<br>**PO Box 305**<br>**Hyannis Port, MA 02647-0305**<br><br>**-and-**<br><br>**NNN 123 North Wacker 11, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 3 of 9 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**                                      Case No.   **13-39210**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 13, LLC**<br>**c/o Patricia K. Pierce TTEE**<br>**Pierce Family 1031 Trust**<br>**4450 E. Camelback Rd. Unit 6**<br>**Phoenix, AZ 85018-2829**<br><br>**-and-**<br><br>**NNN 123 North Wacker 13, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 14, LLC**<br>**c/o Michael Kelly**<br>**Michael & Brigid Kelly Living Trust**<br>**2472 14th Ave.**<br>**San Francisco, CA 94116-2521**<br><br>**-and-**<br><br>**NNN 123 North Wacker 14, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 15, LLC**<br>**c/o Curt Webber**<br>**Emerald Canyon Investments, LLC**<br>**PO Box 65378**<br>**University Place, WA 98464-1378**<br><br>**-and-**<br><br>**NNN 123 North Wacker 15, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 16, LLC**<br>**c/o Hyun Choung Lee**<br>**Hyun Choung Lee Trust**<br>**1933 Colleen Dr.**<br>**Los Altos, CA 94024-6910**<br><br>**-and-**<br><br>**NNN 123 North Wacker 16, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 4 of 9 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**                                              Case No.   **13-39210**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 18, LLC**<br>**c/o Donald H. Gunn**<br>**Lumsden Groves, Inc.**<br>**1002 S. Mt. Carmel Rd.**<br>**Brandon, FL 33511-6735**<br><br>**-and-**<br><br>**NNN 123 North Wacker 18, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 19, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801**<br><br>**-and-**<br><br>**NNN 123 North Wacker 19, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 20, LLC**<br>**c/o Attila M. Delatore**<br>**John & Attila Delatore Liv Trust**<br>**412 Piazza Lido**<br>**Newport Beach, CA 92663-4903**<br><br>**-and-**<br><br>**NNN 123 North Wacker 20, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 22, LLC**<br>**c/o Siv J. Gillmor**<br>**3819 S. 2000 E.**<br>**Salt Lake City, UT 84109-3319**<br><br>**-and-**<br><br>**NNN 123 North Wacker 22, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 5 of 9 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**                                                      Case No.   **13-39210**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 23, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801**<br><br>**-and-**<br><br>**NNN 123 North Wacker 23, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 25, LLC**<br>**c/o Bertha T. (Brad) Marble**<br>**Marble Family Partners LP**<br>**19785 Bridger Trl**<br>**Colfax, CA 95713-9691**<br><br>**-and-**<br><br>**NNN 123 North Wacker 25, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 26, LLC**<br>**c/o Paul Aburrow**<br>**Aburrow Properties, LLC**<br>**7806 Cadbury Ave**<br>**Potomac, MD 20854-2995**<br><br>**-and-**<br><br>**NNN 123 North Wacker 26, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 27, LLC**<br>**c/o Nicholas Ambrosi**<br>**Ambrosi Enterprise, LLC**<br>**28364 N. Oak Lane**<br>**Libertyville, IL 60048-9762**<br><br>**-and-**<br><br>**NNN 123 North Wacker 27, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 6 of 9 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**                                    Case No.   **13-39210**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 28, LLC**<br>**c/o Don Lieberman**<br>**2151 44th Dr.**<br>**Long Island City, NY 11101-4709**<br><br>**-and-**<br><br>**NNN 123 North Wacker 28, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 29, LLC**<br>**c/o Ronnie Shrinsky**<br>**Ronnie Realty Trust**<br>**7792 Trieste Pl**<br>**Delray Beach, FL 33446-4400**<br><br>**-and-**<br><br>**NNN 123 North Wacker 29, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 30, LLC**<br>**c/o R.V. Bayer**<br>**IVY Properties-IV**<br>**8378 Washington St.**<br>**San Francisco, CA 94118-2034**<br><br>**-and-**<br><br>**NNN 123 North Wacker 30, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 31, LLC**<br>**c/o Jerry Jordan**<br>**J. J. Jordan Family Partnership, LP**<br>**21463 Saratoga Hills Rd.**<br>**Saratoga, CA 95070-5377**<br><br>**-and-**<br><br>**NNN 123 North Wacker 31, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 7 of 9 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re    **NNN 123 North Wacker, LLC**                                    Case No.   **13-39210**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 33, LLC**<br>**c/o John D. Simoni**<br>**10556 Comble Rd. PMB 6488**<br>**Auburn, CA 95602-8908**<br><br>**-and-**<br><br>**NNN 123 North Wacker 33, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 34, LLC**<br>**c/o Barbara J. Simoni**<br>**10556 Comble Rd. PMB 6488**<br>**Auburn, CA 95602-8908**<br><br>**-and-**<br><br>**NNN 123 North Wacker 34, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 37, LLC**<br>**c/o R. Dirk Ewing**<br>**R. Dirk & Rebecca Ewing Husb & Wife CP**<br>**P.O. Box 85**<br>**Ferdinand, ID 83526-0085**<br><br>**-and-**<br><br>**NNN 123 North Wacker 37, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 38, LLC**<br>**c/o Allan L Levey**<br>**L & W Realty Company**<br>**390 W End Ave.**<br>**New York NY 10024-6107**<br><br>**-and-**<br><br>**NNN 123 North Wacker 38, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 8 of 9 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re   **NNN 123 North Wacker, LLC**                                            Case No.   **13-39210**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NNN 123 North Wacker 39, LLC**<br>**c/o Ralph Moffat**<br>**RRM Enterprises, LLC**<br>**4544 Holladay Blvd**<br>**Holladay, UT 84117-4404**<br><br>**-and-**<br><br>**NNN 123 North Wacker 39, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 40, LLC**<br>**c/o Neil Rosenthal**<br>**Rosenthal-Hirsch, LLC**<br>**1421 Fallswood Dr.**<br>**Rockville, MD 20854-5504**<br><br>**-and-**<br><br>**NNN 123 North Wacker 40, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 41, LLC**<br>**c/o Michael Deland**<br>**Edgebrook LTD Partnership**<br>**1444/4 Phetkasem Rd.**<br>**CHA-AM, PHETBURI, 76120**<br><br>**-and-**<br><br>**NNN 123 North Wacker 41, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |
| **NNN 123 North Wacker 42, LLC**<br>**c/o Michael Deland**<br>**Edgebrook LTD Partnership**<br>**1444/4 Phetkasem Rd.**<br>**CHA-AM, PHETBURI, 76120**<br><br>**-and-**<br><br>**NNN 123 North Wacker 42, LLC**<br>**c/o The Corporation Trust Company**<br>**Corporation Trust Center**<br>**1209 Orange St.**<br>**Wilmington, DE 19801** | **All creditors except NNN Realty Investors, LLC.** |

Sheet 9 of 9 total sheets in Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __NNN 123 North Wacker, LLC__            Case No. __13-39210__

Debtor(s)        Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Todd Mikles, the authorized agent of the limited liability company named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 18, 2013__       Signature   __/s/ Todd Mikles__

Todd Mikles
Authorized Agent

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.