**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NNN 123 NORTH WACKER, LLC, et al.,[1] | ) ) ) | Case No. 13-39210 (JBS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| NNN 123 NORTH WACKER, LLC, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) | Adv. Pro. No. 14-00197 |
| NNN 123 NORTH WACKER 1, LLC, et al. | ) ) ) |  |
| Defendants. | ) ) |  |

**NOTICE OF FILING OF EXHIBITS IN**
**CONNECTION WITH PROPOSED SALE**

**PLEASE TAKE NOTICE THAT,** on March 20, 2014, Plaintiff NNN 123 North Wacker, LLC ("Plaintiff") filed the above-captioned Adversary Proceeding [No. 14-00197] against the co-owners of a 30-story Class A commercial office building located at 123 North Wacker Drive, Chicago, Illinois (the "Property"). Plaintiff seeks to compel the sale of the Property pursuant to sections 363(b) and (h) of title 11 of the U.S. Bankruptcy Code. The Adversary Proceeding is set for status hearing on May 15, 2014 at 1:30 p.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE THAT,** on April 21, 2014, the Debtors filed their Motion for an Order Approving Bid/Sale Procedures and Granting Related Relief [Case No. 13-39210; Docket No. 195] (the "Motion"). The proposed bid/sale procedures (the "Bid Procedures"), are attached to this Notice as Exhibit 1 (and also attached to the Motion as Exhibit B). The Motion is set for hearing on May 15, 2014 at 1:30 p.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE THAT,** as set forth in the proposed Bid Procedures, the Debtors have selected the Approved Purchaser[2] as the "stalking horse bidder" for the Property, subject to the right of third parties to submit Qualifying Bids. The Bid Procedures provide generally that, to become a Qualified Bidder, a bidder must satisfy the requirements proposed therein and submit a Qualifying Bid consisting only of (x) cash and/or (y) a proposal to assume the Loan in connection with a Loan Assumption Bid (as defined in Section 3(c) of the proposed Bid Procedures). Reference is made to the Bid Procedures for a more complete summary of the procedures proposed for the marketing, bidding and sale of the Property.

---

[1] The debtors herein ("Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: NNN 123 North Wacker, LLC (4336) and NNN 123 North Wacker Member, LLC (7290).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Bid Procedures.

62005402

**PLEASE TAKE FURTHER NOTICE THAT,** in connection with the various hearings scheduled for May 15, 2015, the Debtors are filing copies of the following exhibits:

Exhibit 1     Proposed Bid Procedures (clean version)

Exhibit 2     Proposed Bid Procedures (redline version marked to reflect changes from draft bid procedures originally filed on February 21, 2014 as Exhibit B to the Restructuring Support Agreement [Docket No. 104-2-B]

Exhibit 3     Summary Chart depicting the Approved Purchaser's ownership structure and key bid documents (copies of which are attached as Exhibits 4-A through K below)

Exhibit 4     Key Bid Documents for Approved Purchaser's Stalking Horse Bid:

    Exhibit A[3]     123 North Wacker Sovereign/TIC, LLC Operating Agreement
    Exhibit B       123 North Wacker Operator, LLC Operating Agreement
    Exhibit C       Agreement of Contribution, Sale and Purchaser [Consenting TICs]
    Exhibit D       TIC 0 Asset Purchase Agreement
    Exhibit E       123 North Wacker Parent, LLC Operating Agreement
    Exhibit F       Sovereign Capital Management Group, Inc. Guaranty Agreement
    Exhibit G       *[no exhibit; reserved]*
    Exhibit H       Loan Modification Agreement
    Exhibit I       Property Management Agreement
    Exhibit J       *[no exhibit; reserved]*
    Exhibit K       Final Release

Exhibit 5     Proposed form of asset purchase agreement for competing bids

Dated: May 13, 2014                    KAYE SCHOLER LLP
      Chicago, Illinois

                                      By: */s/ D. Tyler Nurnberg*
                                          D. Tyler Nurnberg
                                          Daniel J. Hartnett
                                          Seth J. Kleinman
                                          70 West Madison Street, Suite 4200
                                          Chicago, IL 60602
                                          Telephone: (312) 583-2300
                                          Facsimile:  (312) 583-2360

---

[3]     Exhibits A-K are numbered to correspond to the numbers in the Summary Chart (*see* Exhibit 3).

62005402